UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JOSE LUIS SANTOYO,<br><br>              Defendants. | CASE NO.:  22-cr-00071-JLS<br><br>ORDER TO CONTINUE<br>MOTION HEARING TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing Trial Setting is GRANTED. The February 18, 2022, at 1:30 p.m., Motion Hearing Trial Setting is hereby continued to April 1, 2022 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by March 4, 2022.

**IT IS FURTHER ORDERED** that time is excluded under 18 USC § 3161(h)(7) and 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: February 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge