# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS SANTOYO<br><br>Defendant. | CASE NO.: 22-CR-0071-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting currently scheduled for April 1, 2022, at 1:30 p.m., be continued to May 6, 2022, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by April 8, 2022.

For the reasons set forth in the joint motion, the time period of April 1, 2022, to May 6, 2022, is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated: March 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge