# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS SANTOYO,<br><br>　　　　Defendant. | Case No.: 22CR-00071-JLS<br><br>**ORDER CONTINUING MOTION HEARING AND TRIAL SETTING** |

　　Pursuant to the joint motion, IT IS HEREBY ORDERED that the MOTION HEARING AND TRIAL SETTING set for May 6, 2022 at 1:30 PM shall be continued to **June 24, 2022** at **1:30 PM**. Defendant shall file an acknowledgement of the new hearing date by May 6, 2022.

　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

　　IT IS SO ORDERED.

Dated: April 28, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge

18CR1674-JLS