# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS SANTOYO,<br><br>　　　　　　Defendant. | CASE NO.:　22-CR-0071-JLS<br><br>Hon. Janis L. Sammartino<br><br><br>ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for June 24, 2022, at 1:30 p.m. is to be continued to July 15, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, the Court finds that the time is excludable under 18 U.S.C. § 3161(h)(1)(A) in the interests of justice.

SO ORDERED.

Dated: June 15, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge